UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CASSANDRA N. DOWELL                                                                      PLAINTIFF

v.                                                                  CIVIL ACTION NO. 3:06CV-347-R

DAIMLERCHRYSLER CORPORATION                                                 DEFENDANT

## REPORT ON SETTLEMENT CONFERENCE

A settlement conference was conducted before the Magistrate Judge on August 21 2007, with the following appearances:

FOR THE PLAINTIFF: Kristin Lomond, counsel for Plaintiff; Cassandra Dowell, Plaintiff; Michael A. Dowell, II and Lori A. Dowell, parents of Plaintiff.

FOR THE DEFENDANT: John C. Leach, counsel for Defendant; Greg Schuetz - representative for Defendant.

Settlement negotiations were conducted in good faith and the parties were able to reach an agreement for the resolution of all claims. The parties signed a preliminary settlement agreement that set forth particular terms of the settlement agreement and agreed to execute a detailed settlement agreement and release of all claims within 20 days of the settlement conference.

Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within 30 days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Copies to Counsel of Record

7|0