**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| CASSANDRA N. DOWELL, | ) | Case No.: 3:06-CV-347-R |
| | ) | |
| Plaintiff, | ) | JUDGE THOMAS B. RUSSELL |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED NOTICE OF** |
| DAIMLERCHRYSLER CORPORATION, | ) | **DISMISSALWITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

The parties, as evidenced by the signatures of their respective counsel, below, having entered into a settlement agreement effecting a full and final release of all claims of Cassandra N. Dowell, her heirs, assigns, next of kin, etc., against Chrysler LLC, formerly known as DaimlerChrysler Corporation, its officers, agents and employees, as well as any predecessors, successors, and assigns, in the above captioned case. The parties ask the Court to enter the attached Order dismissing the case with prejudice.


/s/ Kristin M. Lomond                /s/ John C. Leach

KRISTIN M. LOMOND            JOHN C. LEACH
Furman, Nilsen & Lomond PLLC    Sutter, O'Connell & Farchione LLC
2527 Nelson Miller Parkway       3600 Erieview Tower
Suite 101                        1301 East 9th Street
Louisville, Kentucky 40223       Cleveland, Ohio 44114

COUNSEL FOR PLAINTIFF       COUNSEL FOR DEFENDANT