UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CASSANDRA N. DOWELL, ) | Case No.: 3:06-CV-347-R |
| ) | |
| Plaintiff, ) | JUDGE THOMAS B. RUSSELL |
| ) | |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

The parties, having entered into a settlement agreement effecting a full and final release of all claims of Plaintiff Cassandra N. Dowell, her heirs, assigns, next of kin, etc., against Defendant Chrysler LLC, formerly known as DaimlerChrysler Corporation, its officers, agents and employees, as well as any predecessors, successors, and assigns, in the above captioned case, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice and stricken from the docket of the Court, with each party to bear its own costs and expenses.

**IT IS SO ORDERED.**


DATE: _____         _____
                                     Judge Thomas B. Russell

1